```
                                            FILED
                                   CLERK, U.S. DISTRICT COURT

                                       May 13, 2015

                                   CENTRAL DISTRICT OF CALIFORNIA
                                   BY:      PMC        DEPUTY
```

JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| **JOHN B. FISH and HILDA FISH,** <br><br> Plaintiffs, <br><br> vs. <br><br> **3M COMPANY (f/k/a MINNESOTA MINING AND MANUFACTURING COMPANY), et al.,** <br><br> Defendants. | Case No. 2:14- cv-02928-SVW-AJW <br><br> [L.A.S.C. Case No. BC530292] <br><br> Assigned to the Honorable Stephen V. Wilson <br><br> [~~PROPOSED~~] ORDER RE PLAINTIFFS' VOLUNTARY DISMISSAL OF ENTIRE ACTION <br><br> Complaint Filed: December 11, 2013 |

///

///

///

///

1  Pursuant to Plaintiffs' Voluntary Dismissal of Entire Action, filed on May 12,
2  2015, the entire action is hereby dismissed.
3
4  IT IS SO ORDERED.
5
6
7  Dated: _____May 13_____, 2015          *[signature: Stephen V. Wilson]*  _____
                                              Hon. Stephen V. Wilson
8                                             United States District Judge
9
10
11
12
13
14
15
16
17
18
19
20
21
22